IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-cr-04033-SRB-05 |
| ) | |
| DANIEL SCOTT KURTZEBORN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before this Court is Chief Magistrate Judge Willie J. Epps, Jr.'s Report and Recommendation (Doc. #149) to Deny Defendant Daniel Scott Kurtzeborn's ("Defendant") Motion to Dismiss Count 24 of the Superseding Indictment. (Doc. #136). Defendant filed Objections to the Report and Recommendation on October 14, 2024. (Doc. #163). After an independent review of the record, the applicable law, and the parties' arguments, the Court ADOPTS the Report and Recommendation (Doc. #149). Accordingly, it is hereby **ORDERED** that the Report and Recommendation (Doc. #149) be attached to and made a part of this Order and that Defendant's Motion to Dismiss Count 24 of the Superseding Indictment (Doc. #136) is DENIED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: November 20, 2024